RECEIVED

2:06-CV-1001-MHT

NOV - 3 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# CERTIFICATE

(NOTE: If you are incarcerated, this portion must be completed by an authorized officer of your institution. Failure to complete this form will delay processing of your application.)

I certify that on ___October 9, 2006,__ the applicant __Kundra, Francis Tejani__ named herein has the sum of $ __4.30__ on account to her/his credit at the __Houston Processing Center__ institution where he/she is confined. I further certify that during the past six months, the applicant's average monthly balance was $ __21.50__. I further certify that during the past six months, the applicant's account received $ __128.00__. The money that the applicant has received is from a voluntary work program. I have attached a true and correct copy of the record of the deposits into trust account for the past 6 months.

_____
Name of Authorized Officer of Institution

__Classification Officer__
Title

SCANNED



Offender Management System for Windows Version 6.3.0; You are logged into: HOUSTON PROCESSING CNTR

File  Maintenance  Batch Processing  Accounting  Inmate  Inventory  Xmodules  Reports  Individual Reports  ZHelp

Alerts: /CLEARED TO WORK
Name: KUNDRA, FRANCIS TEJANI
Section:    Block:
Cell:   Bed:   Location: HPC

| Birth | Sex | Race | Release | Admt Type | SS# | Agency ID# | Permanent# | Booked Date | Classification |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/1953 | M | H | 08/10/2006 | DE | - - | 20661647 | 261559 | 01/24/2006 | |

☑ Include Balance on Receipt  ☑ Inmate Receipt  ☑ Include Cost Recovery Disbursement  ☑ Include Officer Signature Line

| Date/Time | Date/Time 2 | Type | Col | Amount | Description | Receipt# | Source | |
|---|---|---|---|---|---|---|---|---|
| 06/08/2006 13:21 | | CO | 2 | 8.16 | COMMISSARY SUMMARY POSTING | 2182815 | | |
| 06/08/2006 09:16 | 06/06/2006 23:35 | JP | 1 | 1.00 | 06/06/06 2nd shift dp | 2171967 | OTHER | |
| 06/07/2006 08:08 | | PO | 2 | 5.00 | postage for mail | 2173056 | | |
| 06/05/2006 19:19 | | JP | 1 | 1.00 | 6/5 | 2164949 | OTHER | |
| 06/04/2006 22:03 | | JP | 1 | 2.00 | 6/3-4 dp | 2159276 | OTHER | |
| 06/02/2006 21:24 | | JP | 1 | 5.00 | 5/29-6/2 dp | 2158422 | OTHER | |
| 05/28/2006 19:16 | | JP | 1 | 1.00 | 5/28 dp | 2138112 | OTHER | |
| 05/27/2006 18:17 | | JP | 1 | 1.00 | 5/27 | 2137743 | OTHER | |
| 05/26/2006 16:55 | | JP | 1 | 1.00 | 5/26 dp 2nd | 2137249 | OTHER | |
| 05/26/2006 00:15 | 05/25/2006 22:21 | JP | 1 | 4.00 | 5/22-25dp | 2134482 | OTHER | |
| 05/25/2006 07:48 | | CO | 2 | 9.59 | COMMISSARY SUMMARY POSTING | 2130878 | | |
| 05/23/2006 23:13 | | JP | 1 | 2.00 | 05/22-23/06 2nd shift dp | 2123427 | OTHER | |
| 05/21/2006 21:02 | | JP | 1 | 3.00 | 05/19-21/06 2nd shift dp | 2110858 | OTHER | |
| 05/18/2006 20:34 | | JP | 1 | 4.00 | 5/15-18 DP | 2105918 | OTHER | |

Current Account Balance: $0.00        Cost Recovery Balance: $0.00

Search  Nextq                          Receipt  Checks  Old Receipt  Reverse  Save  Abort

Print...

Side tabs: Billing Agncy, Btch Prprty, Charges, Classify, Cmmsry Hist, Commissary, Ctgry Lmt, Detainers, Housing, ID#'s, Mail Log, Physical, Property, Questions, QTY Restrict, Release, $Rstrctions, Separates, Social, Status, **Transaction**, HXTrcls, Visitation

Server Agent  X | Server Agent  X

## Offender Management System for Windows Version 6.5.0, You are logged into: HOUSTON PROCESSING CENTER

File  Maintenance  Batch Processing  Accounting  Inmate  Inventory  Xmodules  Reports  Individual Reports  ZHelp

**Alerts:** /CLEARED TO WORK
**Name:** KUNDRA, FRANCIS TEJANI
**Section:**     **Block:**
**Cell:**    **Bed:**    **Location:** HPC

| Birth | Sex | Race | Release | Admt Type | SS# | Agency ID# | Permanent# | Booked Date | Classification |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/1953 | M | H | 08/10/2006 | DE | - - | 20661647 | 261559 | 01/24/2006 | |

☑ Include Balance on Receipt  ☑ Inmate Receipt  ☑ Include Cost Recovery Disbursement  ☑ Include Officer Signature Line

| Date | Date2 | Type | # | Amount | Description | Ref# | Category | Y |
|---|---|---|---|---|---|---|---|---|
| 07/03/2006 07:40 | 07/02/2006 23:42 | JP | 1 | 2.00 | 06/28-29/06 2ND SHIFT DP | 2301810 | OTHER | |
| 06/28/2006 07:44 | | CO | 2 | 4.07 | COMMISSARY SUMMARY POSTING | 2284740 | | |
| 06/25/2006 20:01 | | JP | 1 | 4.00 | 06/22-25/06 2nd shift dp | 2267189 | OTHER | |
| 06/22/2006 08:15 | | CO | 2 | 11.99 | COMMISSARY SUMMARY POSTING | 2256522 | | |
| 06/21/2006 20:16 | | JP | 1 | 3.00 | 06/19-21/06 2nd shift dp | 2253599 | OTHER | |
| 06/18/2006 20:35 | | JP | 1 | 2.00 | 06/17-18/06 2ND SHIFT DP | 2228522 | OTHER | |
| 06/16/2006 18:17 | | JP | 1 | 1.00 | 06/16/06 2nd shift dp | 2227221 | OTHER | |
| 06/16/2006 15:37 | | JP | 2 | 1.00 | 06.11.06 | 2191906 | OTHER | Y |
| 06/16/2006 15:32 | 06/12/2006 20:36 | JP | 1 | 2.00 | 06.11&12.06 | 2199594 | OTHER | |
| 06/16/2006 14:53 | 06/11/2006 22:44 | JP | 1 | 1.00 | 06.11.06 | 2191906 | OTHER | Y |
| 06/15/2006 19:48 | | JP | 1 | 1.00 | 06/15/06 2nd shift dp | 2221823 | OTHER | |
| 06/14/2006 20:31 | | JP | 1 | 2.00 | 06/13-14/06 2ND SHIFT DP | 2215630 | OTHER | |
| 06/14/2006 08:06 | | CO | 2 | 4.18 | COMMISSARY SUMMARY POSTING | 2208916 | | |
| 06/08/2006 20:00 | | JP | 1 | 2.00 | 06/07-08/06 2ND SHIFT DP | 2185817 | OTHER | |

**Current Account Balance:** $0.00       **Cost Recovery Balance:** $0.00

[Search] [Nextq]  [Receipt] [Checks] [Old Receipt] [Reverse] [Save] [Abort]

Print ...

Sidebar: Billing Agncy, Btch Prprty, Charges, Classify, Cmmsry Hist, Commissary, Ctgry Lmt, Detainers, Housing, ID#'s, Mail Log, Physical, Property, Questions, QTY Restrict, Release, $Rstrctions, Separates, Social, Status, **Transaction**, HXTrels, Visitation

Server Agent  X  |  Server Agent  X

**Offender Management System for Windows Version 6.3.0, You are logged into: HOUSTON PROCESSING CENTER**

File | Maintenance | Batch Processing | Accounting | Inmate | Inventory | Xmodules | Reports | Individual Reports | ZHelp

Alerts: /CLEARED TO WORK
Name: KUNDRA, FRANCIS TEJANI
Section: | Block:
Cell: | Bed: | Location: HPC

| Birth | Sex | Race | Release | Admt Type | SS# | Agency ID# | Permanent# | Booked Date | Classification |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/1953 | M | H | 08/10/2006 | DE | - - | 20661647 | 261559 | 01/24/2006 | |

☑ Include Balance on Receipt  ☑ Inmate Receipt  ☑ Include Cost Recovery Disbursement  ☑ Include Officer Signature Line

| Date/Time | | Type | | Amount | Description | Receipt# | Category | |
|---|---|---|---|---|---|---|---|---|
| 07/27/2006 22:56 | | JP | 1 | 2.00 | 07/26-27/06 2ND SHIFT DP | 2451252 | OTHER | |
| 07/27/2006 21:11 | | JP | 1 | 10.00 | 07/08-17/06 2ND SHIFT DP | 2451234 | | |
| 07/27/2006 07:43 | | CO | 2 | 4.67 | COMMISSARY SUMMARY POSTING | 2446920 | | |
| 07/25/2006 22:08 | | JP | 1 | 8.00 | 07/18-25/06 2ND SHIFT DP | 2439294 | OTHER | |
| 07/19/2006 09:30 | | CO | 2 | 2.50 | COMMISSARY SUMMARY POSTING | 2406573 | | |
| 07/13/2006 07:30 | | CO | 2 | 3.75 | COMMISSARY SUMMARY POSTING | 2368729 | | |
| 07/10/2006 08:27 | 07/07/2006 16:23 | JP | 1 | 1.00 | 7/7 1ST DP | 2333500 | OTHER | |
| 07/07/2006 21:06 | | JP | 1 | 2.00 | 07/06-07/06 2ND SHIFT DP | 2334008 | OTHER | Y |
| 07/07/2006 20:38 | | JP | 1 | 2.00 | 07-04/05/06 2ND SHIFT DP | 2333964 | OTHER | |
| 07/06/2006 15:53 | | JP | 1 | 1.00 | 7/6 1ST DP | 2325120 | OTHER | |
| 07/06/2006 14:12 | | CO | 2 | 7.32 | COMMISSARY SUMMARY POSTING | 2325413 | | |
| 07/03/2006 20:27 | | JP | 1 | 1.00 | 07/03/06 2ND SHIFT DP | 2308859 | OTHER | |
| 07/03/2006 19:49 | | JP | 1 | 3.00 | 06/30-07/02/06 2ND SHIFT DP | 2308802 | OTHER | |
| 07/03/2006 08:51 | 07/02/2006 22:49 | JP | 1 | 2.00 | 06/26-27/06 2ND SHIFT DP | 2301764 | OTHER | |

Current Account Balance: $0.00         Cost Recovery Balance: $0.00

Search | Nextq         Receipt | Checks | Old Receipt | Reverse | Save | Abort

Print...

Side tabs: Billing Agncy | Btch Prprty | Charges | Classify | Cmmsry Hist | Commissary | Ctgry Lmt | Detainers | Housing | ID#'s | Mail Log | Physical | Property | Questions | QTY Restrict | Release | $Rstrctions | Separates | Social | Status | **Transaction** | HXTrels | Visitation

Server Agent ✕ | Server Agent ✕



# Offender Management System for Windows Version 6.3.0, You are logged into: HOUSTON PROCESSING CENTER

File | Maintenance | Batch Processing | Accounting | Inmate | Inventory | Xmodules | Reports | Individual Reports | ZHelp

**Alerts:** /CLEARED TO WORK
**Name:** KUNDRA, FRANCIS TEJANI
**Section:** B  **Block:** 09  **Cell:** 18  **Bed:** T  **Location:** HPC

| Birth | Sex | Race | Release | Admt Type | SS# | Agency ID# | Permanent# | Booked Date | Classification |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/1953 | M | B | 00/00/0000 | DE | - - | 20661647 | 649791 | 09/02/2006 | |

☑ Include Balance on Receipt  ☑ Inmate Receipt  ☑ Include Cost Recovery Disbursement  ☑ Include Officer Signature Line

| Date | Date2 | Type | | Amount | Description | Ref# | Category |
|---|---|---|---|---|---|---|---|
| 10/07/2006 04:52 | | JP | 1 | 1.00 | d/p 2nd b9-18t 10/6 | 2918904 | OTHER |
| 10/05/2006 08:15 | | CO | 2 | 10.88 | COMMISSARY SUMMARY POSTING | 2902203 | |
| 10/05/2006 03:36 | 10/04/2006 23:49 | JP | 1 | 1.00 | 2nd dp b9-18t 10/4/06 | 2900318 | OTHER |
| 10/04/2006 05:04 | | JP | 1 | 1.00 | d/p 2nd b9-18t 10/3 | 2891192 | OTHER |
| 10/03/2006 03:51 | | JP | 1 | 1.00 | d/p 2nd b9-18t 10/2 | 2881007 | OTHER |
| 09/29/2006 03:22 | | JP | 1 | 1.00 | 2ND DP B9-18T 9/28/06 | 2863195 | OTHER |
| 09/28/2006 05:05 | | JP | 1 | 3.00 | dp 2nd b9-18t 9/25-9/27 | 2855781 | OTHER |
| 09/27/2006 07:48 | | CO | 2 | 6.06 | COMMISSARY SUMMARY POSTING | 2846483 | |
| 09/26/2006 12:58 | 09/25/2006 11:02 | JP | 1 | 7.00 | 9/15-21/06 | 2826398 | OTHER |
| 09/25/2006 15:29 | | JP | 1 | 1.00 | 9/24/06 | 2823486 | OTHER |
| 09/24/2006 06:01 | | JP | 1 | 1.00 | d/p 2nd 9/23 | 2821648 | OTHER |
| 09/23/2006 03:12 | | JP | 1 | 1.00 | 2nd dp B9-18t 9/22 | 2821159 | OTHER |
| 09/07/2006 08:22 | | CO | 2 | 1.99 | COMMISSARY SUMMARY POSTING | 2698909 | |
| 09/02/2006 23:36 | | CS | 1 | 2.23 | | 2674259 | |

**Current Account Balance:** $4.30    **Cost Recovery Balance:** $0.00

Search | Next | Receipt | Checks | Old Receipt | Reverse | Save | Abort

Print

Sidebar: Billing Agncy | Btch Prprty | Charges | Classify | Cmmsry Hist | Commissary | Ctgry Lmt | Detainers | Housing | ID#'s | Mail Log | Physical | Property | Questions | QTY Restrict | Release | $Rstrctions | Separates | Social | Status | **Transaction** | HXTrels | Visitation

Server Agent  X | Server Agent  X