(PAGE 1)
02-18-07

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA.

FRANCIS TEJANI KUNDRA
#A20661647
PLAINTIFF

CASE NUMBER
#2:06-CV-1001-MHT [WO]

V.

WARDEN — LOUISIANA CORRE-
CTIONAL SERVICES INC.
— — et — — Al —
DEFENDANTS

## MOTION TO COMPELL THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT TO [LET] THIS SUIT TO ISSUE AS ORDERED BY THIS COURT :—

COMES NOW, FRANCIS TEJANI KUNDRA (KUNDRA) RESPECTFULLY FILES THIS PETITION TO URGE THIS HONORABLE COURT TO COMPELL THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA TO LET THIS SUIT TO ISSUE AS ORDERED BY THIS COURT.

THIS CASE WAS ORDERED TRANSFERRED TO THE SOUTHERN DISTRICT PURSUANT TO 28 U.S.C. § 1404 BACK IN DECEMBER BY THE U.S. DISTRICT JUDGE BUT I'VE WRITTEN SEVERAL

(PLEASE TURN OVER)

(PAGE 2)

MOTIONS AND REQUESTS FOR INFORMATION AND PERMISSION TO LET THIS CASE PROCEED, NEVER GETTING AN ANSWER OR A REPLY AND SO I NEED THE HELP OF THIS COURT TO GET THIS SUIT [GOING] THE SOUTHERN DISTRICT HAS IGNORED MY PLEAS TO LET THIS CASE ISSUE AND I DONT UNDERSTAND WHY!!

THIS COURT FOUND THAT "THE ACTIONS ABOUT WHICH THE PLAINTIFF COMPLAINS OCCURED WITHIN THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA. THUS, THE CLAIMS PRESENTED BY THE PLAINTIFF ARE BEYOND THE VENUE OF THIS COURT. HOWEVER, IT IS CLEAR FROM THE FACE OF THE COMPLAINT THAT THE PROPER VENUE FOR THIS CAUSE OF ACTION IS THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA.

IN LIGHT OF THE FOREGOING, THIS COURT CONCLUDED THAT IN THE INTREST OF JUSTICE AND FOR THE CONVENIENCE OF THE PARTIES, THIS CASE SHOULD BE TRANSFERRED

(PLEASE TURN OVER)

(PAGE 3)

THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA FOR REVIEW AND DETERMINATION BUT NOTHING HAS BEEN DONE EVER SINCE THIS RULING!!

THIS IS A VERY IMPORTANT ISSUE TO ME AND IN THE INTREST OF JUSTICE, NO ONE SHOULD BE SUPPRESSING OR BLOCKING AND DENYING ME MY RIGHT TO INVOKE MY FIRST, FIFTH AND FOURTEENTH AMENDMENT GUARANTEED RIGHTS TO LITIGATE GRIEVANCE IN A COURT OF LAW, REDRESS OF GRIEVANCES, ACCESSING THE COURTS IN A MEANINGFUL MANNER AND A TIMELY MANNER AND EQUAL PROTECTION OF LAW TO-WIT.

PRAYER FOR RELIEF.

I PRAY THAT THIS HONORABLE WILL HELP ME TO FIND OUT WHY OF THIS DENIEL AND IN THE INTREST OF JUSTICE SEE THAT ITS FINDINGS ARE CARRIED OUT. RESPECTFULLY.

02-18-07  Francis Tejani Kundra

FRANCIS TEJANI KUNDRA
#A206 616 47
IMMIGRATION DETENTION CT.
15850 EXPORT PLAZA DR
HOUSTON TX 77032

From: KUNDNA
#A206616 47
Immigration Detention
Central
15850 Export Plaza Dr.
Houston TX. 77032

To. Office of the Clerk
U.S. District Court
for the Middle District
of Alabama
P.O. Box 711
ONE Church St. (36104)
Montgomery Alabama
11

Case # 2:06-cv-1001-MHT
[No] Mail
LEGAL