IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANCIS TEJANI KUNDRA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-1001-MHT |
| | ) | |
| WARDEN - LOUISIANA CORRECTIONS SERVICES, INC., et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the petitioner on February 22, 2007 (Court Doc. No. 5), in which he requests that this court compel the United States District Court to act on his petition and motions filed therein, and for good cause, it is

ORDERED that the motion to compel be and is hereby DENIED

Done this 23rd day of February, 2007.

                                                    /s/ Terry F. Moorer
                                               TERRY F. MOORER
                                               UNITED STATES MAGISTRATE JUDGE